IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KIMBLE A. BUCK, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO. 3:13-cv-450-JAG |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on December 3, 2013 (ECF No. 16). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Complaint (ECF No. 3) is DISMISSED with prejudice.

(3) Defendant's Motion to Dismiss (ECF No. 14) is GRANTED.

(4) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

Richmond, Virginia
Date: 1/3/14

/s/
John A. Gibney, Jr.
United States District Judge